# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Taranto, Richard G. | Federal Circuit | 11/10/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☑ Nomination, Date 11/10/2011 <br> ☐ Initial ☐ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 1/1/2010 <br> to <br> 10/31/2011 |

| 7. Chambers or Office Address <br><br> Farr & Taranto <br> 1150 18th Street, NW, Suite 1030 <br> Washington, DC 20036 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ |
|---|---|

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Farr & Taranto |
| 2. Administrator | Farr & Taranto Profit Sharing Plan and Trust |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taranto, Richard G. | 11/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Farr & Taranto partnership income | $904,230.00 |
| 2. | 2010 | Farr & Taranto partnership income | $1,163,448.00 |
| 3. | 2009 | Farr & Taranto partnership income | $1,515,016.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taranto, Richard G. | 11/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Pomona College | Tuition, room, & board | K |
| 2. | Princeton University | Tuition, room, & board | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

# FINANCIAL DISCLOSURE REPORT
Page 3 of 9

| Name of Person Reporting | Date of Report |
|---|---|
| Taranto, Richard G. | 11/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Pomona College | Tuition, room, & board | K |
| 2. | Princeton University | Tuition, room, & board | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taranto, Richard G. | 11/10/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. PNC (cash & CDs) | E | Interest | O | T | Exempt | | | | |
| 2. Farr & Taranto capital account | H1 | Distribution | M | U | | | | | |
| 3. 401(k) Plan # 1 (apportioned share) | | | | | | | | | |
| 4. - American Chartered Bank CD | A | Interest | | | | | | | |
| 5. - Comerica Bank CD | C | Interest | | | | | | | |
| 6. - American General Financial Bond (0 coupon) | | None | | | | | | | |
| 7. - National Rural Utility Bond | B | Interest | | | | | | | |
| 8. - CIT Bank CD | C | Interest | K | T | | | | | |
| 9. - American Express CDs | C | Interest | L | T | | | | | |
| 10. - GE Capital CD | A | Interest | K | T | | | | | |
| 11. - Ally Bank CD | A | Interest | K | T | | | | | |
| 12. - HSBC Bank CDs | C | Interest | L | T | | | | | |
| 13. - UBS Note (earnings only at term) | | None | J | T | | | | | |
| 14. - Barclay's Note (earnings only at term) | | None | J | T | | | | | |
| 15. - HSBC Corp. Note | D | Int./Div. | K | T | | | | | |
| 16. - MidFirst Bank CD | B | Interest | K | T | | | | | |
| 17. - UBS Bank CD | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Philadelphia Bonds (0 coupon) | | None | L | T | | | | | |
| 19. - Sacramento Bond (0 coupon) | | None | J | T | | | | | |
| 20. - Discover Bank CD | C | Interest | L | T | | | | | |
| 21. - BMW Bank | A | Interest | K | T | | | | | |
| 22. - Ft. Lee NJ Bond | D | Interest | K | T | | | | | |
| 23. - ING Annuity | D | Int./Div. | K | T | | | | | |
| 24. - MetLife Annuity | D | Int./Div. | K | T | | | | | |
| 25. - Ohio National Foundation Plus Annuity | D | Int./Div. | L | T | | | | | |
| 26. UBS Cash Funds | A | Interest | K | T | | | | | |
| 27. Allstate Life Annuity | C | Int./Div. | K | T | | | | | |
| 28. Ciena Corp. stock | | None | | | | | | | |
| 29. EMC Corp. stock | | None | | | | | | | |
| 30. Pfizer Corp. stock | A | Dividend | | | | | | | |
| 31. Alcan Aluminum Note | D | Int./Div. | M | T | | | | | |
| 32. American Express Century Bank CD | C | Interest | | | | | | | |
| 33. American Express Bank CD | B | Interest | | | | | | | |
| 34. Banco Popular CD | C | Interest | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001 - $2,500
C = $2,501 - $5,000
D = $5,001 - $15,000
E = $15,001 - $50,000
F = $50,001 - $100,000
G = $100,001 - $1,000,000
H1 = $1,000,001 - $5,000,000
H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less
K = $15,001 - $50,000
L = $50,001 - $100,000
M = $100,001 - $250,000
N = $250,001 - $500,000
O = $500,001 - $1,000,000
P1 = $1,000,001 - $5,000,000
P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000
P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash Market
U = Book Value
V = Other
W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Banco Santander | C | Interest | | | | | | | |
| 36. BMW Bank CDs | C | Interest | M | T | | | | | |
| 37. CIT Bank CD | D | Interest | M | T | | | | | |
| 38. Discover Bank CD | C | Interest | | | | | | | |
| 39. GE Money Bank CDs | D | Interest | M | T | | | | | |
| 40. GE Capital Finance CDs | B | Interest | M | T | | | | | |
| 41. Goldman Sachs Bank UT CD | B | Interest | | | | | | | |
| 42. HSBC Finance Corp. Notes | C | Int./Div. | K | T | | | | | |
| 43. New Frontier Bank CD | B | Interest | | | | | | | |
| 44. Premier Bank CD | A | Interest | | | | | | | |
| 45. Seattle Savings Bank CD | C | Interest | | | | | | | |
| 46. Sherman County Bank CD | A | Interest | | | | | | | |
| 47. Bank of America CD | B | Interest | L | T | | | | | |
| 48. Fed'l Home Loan Mortgage Corp. Bond | A | Interest | | | | | | | |
| 49. Goldman Sachs Bank NY CD | A | Interest | L | T | | | | | |
| 50. Stearns Bank CD | A | Interest | | | | | | | |
| 51. Ally Bank CDs | C | Interest | M | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001 - $2,500
C = $2,501 - $5,000
D = $5,001 - $15,000
E = $15,001 - $50,000
F = $50,001 - $100,000
G = $100,001 - $1,000,000
H1 = $1,000,001 - $5,000,000
H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less
K = $15,001 - $50,000
L = $50,001 - $100,000
M = $100,001 - $250,000
N = $250,001 - $500,000
O = $500,001 - $1,000,000
P1 = $1,000,001 - $5,000,000
P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000
P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal
U = Book Value
R = Cost (Real Estate Only)
V = Other
S = Assessment
W = Estimated
T = Cash Market

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. UBS Bank CD | A | Interest | L | T | | | | | |
| 53. Barclay's Bank CD | | None | M | T | | | | | |
| 54. Barclay's Note (earnings at term) | | None | J | T | | | | | |
| 55. Other assets: | | | | | | | | | |
| 56. - Lightbridge Corp. | A | None | J | T | | | | | |
| 57. - UBS Bank | A | Int./Div. | K | T | | | | | |
| 58. - Southwest Bank CD | D | Interest | L | T | | | | | |
| 59. - Bank of America CD | B | Interest | L | T | | | | | |
| 60. - Western Bank CD | C | Interest | | | | | | | |
| 61. - HSBC Financial Notes | C | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Richard G. Taranto

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks (incl. CDs) | 2 | 485 | 651 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 328 | 823 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 206 | 008 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
|   Due from relatives and friends | | | | Unpaid income tax | | | |
|   Due from others | | | | Other unpaid income and interest | | | |
|   Doubtful | | | | Real estate mortgages payable | | | |
| Real estate owned – see schedule | 1 | 973 | 500 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property (approx.) | | 220 | 000 | Tuition obligations 2011-12 | | 67 | 700 |
| Cash value-life insurance | | 208 | 974 | | | | |
| Other assets itemize: Partnership capital account | | 137 | 058 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 67 | 700 |
| | | | | Net Worth | 5 | 492 | 314 |
| Total Assets | 5 | 560 | 014 | Total liabilities and net worth | 5 | 560 | 014 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? | No | | |
| On leases or contracts (jointly liable on firm's lease, $59,200 due to end in 7/2012) | | 59 | 200 | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |